IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JAMES DOTSON                                                                                    PLAINTIFF

VERSUS                                                                                  NO. 2:07CV132-WAP-EMB

REGIONS BANK                                                                                  DEFENDANT

## ORDER

**BEFORE THE COURT** is Defendant Regions Bank unopposed Motion to compel discovery, filed September 12, 2007. Having duly considered the same and the record, the Court is of the opinion that the Motion should be denied.

This action was initially filed by Plaintiff in the Circuit Court of Coahoma County, Mississippi on February 12, 2007. On June 26, 2007, while the action was pending in state court, Defendant served Plaintiff with written discovery requests. However, on August 13, 2007, Defendant filed its Notice of Removal of the action in this Court. For Plaintiff's failure to timely respond to its discovery requests, Defendant now requests that requests for admission be deemed admitted; that requests for production and interrogatories be fully answered, objections deemed waived; and that the Court award attorney fees.

Discovery may not be conducted in this Court prior to the case management conference. *See* FED.R.CIV.P. 26(d); *see also* Local Rule 26.1(A)(4). This case has not yet been set for a case management conference. Accordingly, the instant motion is **DENIED**.

**THIS,** the 2nd day of October, 2007.

/s/ Eugene M. Bogen
UNITED STATES MAGISTRATE JUDGE